IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darrell Canty, ) | C/A No.: 0:15-2438-MGL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Resolute Forest Products, Catawba ) | |
| Operations; Pat Moore, Mills Operation ) | ORDER |
| Manager; Lakesa Brooks, Labor ) | |
| Relations Manager; Mel Stepps, ) | |
| Superintendent; Terry Galloway, Line ) | |
| Leader; Jimmy Jordan, Supervisor; and ) | |
| Lewis P. Smith, Team Leader and ) | |
| Union Brother, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging he was wrongfully terminated. Defendants filed a motion for summary judgment on March 28, 2016. [ECF No. 28]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by May 2, 2016. [ECF No. 29]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted. *Id*.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to

2

the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by May 19, 2016. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

May 5, 2016                                          Shiva V. Hodges
Columbia, South Carolina               United States Magistrate Judge